IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

MICHAEL M. FORD,                          )
     Plaintiff,                        )     Civil Action No. 7:16cv00370
                                       )
v.                                        )
                                       )     By: Elizabeth K. Dillon
GREGORY T. GILLENWATER, *et al.*,         )     United States District Judge
     Defendants.                       )

**ORDER**

In accordance with the memorandum opinion, it is hereby ORDERED that:

1. Ford's motion to amend (Dkt. No. 36) is GRANTED.

2. Defendants' motion for summary judgment (Dkt. No. 23) is DISMISSED without prejudice
   in part as to Ford's due process claims and as to all of defendants' arguments concerning the
   other claims, except as to their defense of qualified immunity; DENIED in part as to
   qualified immunity for Ford's claims concerning failure to protect and retaliation; and
   GRANTED in part as Ford's claims concerning grievance and responses.

3. Ford shall have fourteen days from the entry of this order to submit any discovery requests to
   defendants concerning his remaining claims, and defendants shall have thirty days thereafter
   to respond to Ford's discovery requests.

4. Pursuant to Standing 2013-6, the remaining defendants shall FILE a motion for summary
   judgment regarding the remaining claims, supported by affidavit(s), within sixty days of the
   entry of this order.

5. The Clerk is directed to send copies of this order and the memorandum opinion to the parties.

     Entered: September 25, 2017.

          */s/ Elizabeth K. Dillon*
          Elizabeth K. Dillon
          United States District Judge